IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McFadden, Michael W | Case Number: 08 B 07343 |
| | Judge: Squires, John H |
| Printed: 9/3/08 | Filed: 3/27/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Illinois Dept of Revenue | Priority | 587.30 | 0.00 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 20,557.45 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 268.50 | 0.00 |
| 4. | Illinois Dept of Revenue | Unsecured | 8.62 | 0.00 |
| 5. | Nationwide Cassel | Unsecured | 1,394.19 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 35.30 | 0.00 |
| 7. | Credit Protection Association | Unsecured | | No Claim Filed |
| 8. | AES/NCT | Unsecured | | No Claim Filed |
| 9. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 10. | CB USA | Unsecured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,851.36 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   McFadden, Michael W

Printed: 9/3/08

Case Number: 08 B 07343
Judge: Squires, John H
Filed: 3/27/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

